# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00240-KJD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| MARCELO ESCOBAR LARA, | |
| Defendant. | |

This matter is before the Court on counsel for Defendant's Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 55), filed on January 22, 2019.

Assistant Federal Public Defender Margaret Wightman Lambrose requests withdrawal as counsel for Defendant due to a conflict of interest and requests appointment of conflict-free counsel. The Court finds good cause to grant counsel's request for withdrawal and appointment of conflict-free counsel. An appointment of counsel hearing for Defendant is hereby set for **Tuesday, January 29, 2019** at 11:30 AM in Courtroom 3A. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 55) is **granted**.

**IT IS FURTHER ORDERED** that an appointment of counsel hearing is set for **Tuesday, January 29, 2019** at 11:30 AM in Courtroom 3A.

Dated this 23rd day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1