Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>MARCELO ESCOBAR-LARA<br>        Defendant. | CASE NO.: 2:18-cr-00240<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER** |

Defendant, MARCELO ESCOBAR-LARA, by and through his counsel, Maysoun Fletcher, with The Fletcher Firm, P.C., submits his Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report and Proposed Order.

Dated this 20th day of March, 2019.

By: */s/ Maysoun Fletcher*
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

## STATEMENT OF FACTS

On August 8, 2018, Mr. Escobar-Lara was indicted on 13 counts as follows: 1) one count of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)(i); 2) five counts of distribution of a controlled substance in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)(i); 3) two counts of distribution of a controlled substance in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(C); 4) one count of possession with intent to distribute marijuana in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(C); 5) two counts of illegal alien in possession of a firearm in violation of 18 U.S.C. §§922(g)(5)(A) and 924(a)(2); and 6) two counts of possession of a firearm during a crime of drug trafficking in violation of 18 U.S.C. §924(c)(1)(A)(i).   Trial is currently set for April 22, 2019.

Given the fact that Mr. Escobar-Lara might face sentencing enhancements, defense counsel requests a Pre-Plea PSR. Counsel for the United States does not oppose the request.  Additionally, defense counsel requests that the Court order its preparation.

Dated this 20th day of March, 2019.

By: */s/ Maysoun Fletcher*
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>MARCELO ESCOBAR-LARA<br>　　　　Defendant. | CASE NO.: 2:18-cr-00240<br><br>**ORDER** |

　　IT IS HEREBY ORDERED that the Department of Parole and Probation prepare a pre-plea presentence investigation report for Defendant Marcelo Escobar-Lara.

　　Dated this 21st day of March, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE